UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDGAR ESPINAL,

    Plaintiff,

v.                                 Case No. 3:15cv328/RV/CJK

NURSE J. STEELE, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On October 1, 2015, the court ordered plaintiff to file an amended complaint (or notice of voluntary dismissal) within thirty (30) days. (Doc. 6). The court granted plaintiff an extension of time, until November 30, 2015, to comply with the order. (Doc. 8). The extended deadline passed, and plaintiff did not comply with the order.

Accordingly, on December 15, 2015, the court ordered plaintiff to show cause, within fourteen days, why this case should not be dismissed for his failure to comply with the October 1, 2015 order. (Doc. 9). Plaintiff responds that he wishes to voluntarily dismiss this case and pursue his claims at a later time. (Doc. 11). The court construes plaintiff's response as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of January, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th CIR. R. 3-1; 28 U.S.C. § 636.