UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDGAR ESPINAL,

    Plaintiff,

v.   Case No. 3:15cv328/RV/CJK

NURSE J. STEELE, et al.,

    Defendants.
_____/

ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated January 12, 2016 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of March, 2016.

    /s/ *Roger Vinson*
    **ROGER VINSON**
    **SENIOR UNITED STATES DISTRICT JUDGE**